IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KURT EBERSPACHER, and BRUCKNER/FOWLES, | ) ) ) | |
| Plaintiffs, | ) ) | 4:04cv3304 |
| v. | ) ) | |
| MUTUAL OF OMAHA INSURANCE COMPANY, | ) ) ) | ORDER |
| Defendant. | ) ) ) | |

The Clerk's Office has requested that Document Number 21 be stricken from the record for the following reason(s):

- No Notice of Electronic Filing attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 21 from the record. The document is to be re-filed.

DATED this 6th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge