IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KURT EBERSPACHER and THE BRUCKNER/ FOWLES LAW FIRM, P.C., L.L.O., | ) ) ) | Case No. 4:04-cv-3304 |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| MUTUAL OF OMAHA INSURANCE COMPANY, | ) ) | |
| Defendant. | ) | |

THIS MATTER is before the Court upon the joint motion and stipulation of the parties for an order granting an extension of the progression deadlines contained in the Court's Memorandum and Order of January 26, 2005. The Court, having considered the parties' joint motion and stipulation, finds that such motion should be granted.

IT IS THEREFORE ORDERED that the progression deadlines contained in the Court's Memorandum and Order of January 26, 2005 are hereby extended as follows:

1. The deadline for the parties to file their stipulation of facts and opening briefs, or their motions for summary judgment is extended from April 1, 2005 to April 15, 2005.
2. The deadline for the parties to file their responses is extended from May 1, 2005 to May 15, 2005.
3. The deadline for the parties to file reply briefs is extended from May 10 to May 24, 2005.

DATED this 1st day of April, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge